UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WEBB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLIVE GARDEN RESTAURANTS, ET ) <br> AL., ) <br> ) <br> Defendants. ) <br> _____ | Case No.: C 08-4913 PVT <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

   Beginning on November 18, 2008, plaintiff David Webb filed numerous motions, including a motion for default judgment, several motions to verify legal process of service and a motion to appear telephonically for hearing. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motions filed, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

   IT IS HEREBY ORDERED that no later than December 19, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1  section of the court's website at www.cand.uscourts.gov.

2  Dated:  *December 5, 2008*

3  _____
   PATRICIA V. TRUMBULL
4  United States Magistrate Judge

A copy of the order was mailed on December 5, 2008 to the following:

David Webb
PO Box 312
Clearfield, Utah 84089

                                                 EHP
                                  Chamber of U.S. Magistrate Judge
                                  Patricia V. Trumbull