UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WEBB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLIVE GARDEN ITALIAN ) <br> RESTAURANTS, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 08-04913 PVT <br><br> **ORDER VACATING MAY 12, 2009 HEARING** |

On April 6, 2009, defendant Olive Garden Italian Restaurants moved to dismiss the second amended complaint in the above-captioned action. ("Olive Garden").  Defendant noticed a hearing for May 12, 2009 at 10AM on its motion.  Plaintiff David Webb opposes the motion. ("Webb").

Pursuant to Civ. L.R. 7-1(b), defendant's motion is taken under submission and the hearing scheduled to be held on May 12, 2009 is vacated.

IT IS SO ORDERED.

Dated: May 7, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*