UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>             Plaintiff,<br><br>      v.<br><br>OLIVE GARDEN ITALIAN RESTAURANTS, ET AL.,<br><br>             Defendants. | Case No.: C 08-04913 PVT<br><br>**ORDER REGARDING FURTHER COMMUNICATIONS BY PARTIES WITH COURT STAFF** |

It appears that plaintiff David Webb sent an email regarding the above-captioned action to the personal email address of a court staff person.[1] It is inappropriate for any party to contact court staff through their personal email address. Accordingly,

IT IS HEREBY ORDERED that the parties shall contact court staff *only* through official channels. Official channels include: (1) filing papers with the court via the clerk's office or via electronic case filing (ECF); (2) sending mail through the U.S. postal system; or (3) contacting

---

[1] A copy of the email is attached to allow defendants' counsel to view the contents therein. The email has been redacted to remove any personal identifying information of court staff.

ORDER, *page 1*

chambers by telephone at (408) 535-5378 or (408) 535-5438.

IT IS SO ORDERED.

Dated: 5/11/09

PATRICIA V. TRUMBULL
United States Magistrate Judge

Yahoo!   My Yahoo!   Mail   More          Make Y! My Homepage          Sign Out   All-New Mail   Help

**YAHOO! MAIL** Classic

Search [                    ] WEB SEARCH

| Mail Plus | Contacts | Calendar | Notepad |          What's New?   Mobile Mail   Options

Check Mail   Compose                    [          ]   Search Mail   Search the Web

Previous | Next | Back to Messages                    Mark as Unread |   Print

Delete   Reply   Forward   Spam   Move...

**Per Your Phone Message On 07 MAY 2009 Via Case #08-CV-004913-PVT**
Saturday, May 9, 2009 5:32 AM

From: "dqconsulting" <dqconsulting@aol.com>
To: [redacted]

Aloha Attorney [redacted]

Per your phone message, thanks so kindly, for informing Plaintiff of the COURT vacating the 12 MAY 2009, MOTION HEARING.

Please, pass on to U.S. Magistrate Judge Patricia V. Trumbull that, Plaintiff has enjoyed her fair and balanced presiding over CASE # 08-CV-004913-PVT, and Plaintiff, maybe able to meet her during a court proceeding in the near future.

Best regards, David Webb - Pro Se Plaintiff

---

Shopping for Mom? Save yourself a little time and money on AOL Shopping.

Delete   Reply   Forward   Spam   Move

Previous | Next | Back to Messages     Select Message Encoding [    ]  | Full Headers

Check Mail   Compose                    [          ]   Search Mail   Search the Web

Copyright © 1994-2009 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Case 5:08-cv-04913-PVT   Document 53   Filed 05/11/09   Page 4 of 4

A copy of the order was served by U.S. Mail on May 11, 2009 to the following:

David Webb
PO Box 312
Clearfield, Utah 84089

                                      EHP
                          Chambers of U.S. Magistrate Judge Patricia V. Trumbull