FILED
OCT 27 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>OLIVE GARDEN ITALIAN<br>RESTAURANTS, ET AL.,<br><br>    Defendants. | Case No. C 08-04913 PVT<br><br>**ORDER ALLOWING PLAINTIFF PROCEEDING *PRO SE* ACCESS TO ELECTRONIC CASE FILING** |

Plaintiff David Webb proceeding *pro se* shall be allowed to electronically file in the above-captioned action. All pleadings and correspondence may be filed via electronic case filing (ECF).[1] Plaintiff Webb may register with ECF by following the appropriate links on the court's website located at www.cand.uscourts.gov. Further assistance may be obtained by contacting the "Help Desk."

Pursuant to the order regarding further communications by parties with court staff, plaintiff Webb shall cease sending any further emails to court staff, including to any work

---

[1] Pursuant to the May 11, 2009 Order, plaintiff Webb may elect to file his pleadings or correspondence via U.S. Mail or the Clerk's Office. However, plaintiff is not permitted to forward his pleadings and correspondence for filing via work email addresses of court staff.

1 | email addresses. ("May 11, 2009 Order"). Copies of the three emails sent by plaintiff Webb to
2 | work email addresses of court staff are attached herein.

IT IS SO ORDERED.

Dated: 10/27/09

PATRICIA V. TRUMBULL
United States Magistrate Judge



cc
bcc

----- on 10/21/2009 01:47 PM -----

dqconsulting
<dqconsulting@aol.com>
10/21/2009 01:46 PM

To
cc
Subject   Per Your Request - Letter For Telephonic Appearance - Case Mgmt Conf - 17 NOV 2009

DAVID WEBB

P.O. Box 312

Clearfield, Utah 84089

(605) 209-8767, DQConsulting@aol.com

☐

21 October 2009

☐

The Honorable Patricia V. Trumbull

U. S. Magistrate Judge

U. S. District Court For The Northern District Of California - San Jose Division

280 South First Street

San Jose, CA 95113

RE: Phone Conversation - Calendar Clerk (Corinne Lew) - Case #08-CV-004913-PVT

Good afternoon Judge Trumbull:

Per my phone conversation earlier today with your Calendar Clerk (Corinne Lew) referencing my request by phone to attend the currently, scheduled Case Management Conference by Telephonic Appearance on Tuesday 17 November 2009, at 2:00 p.m. PST.

Ms. Lew phoned back stipulating that authorization would be accepted by the Court with this correspondence being sent to the Court's attention in lieu of a formal motion being drafted and submitted

to the Office of the Clerk.

The Court may phone Plaintiff at (605) 209-8767, on this date.

Pro Se Plaintiff Webb comes seeks this request based on Plaintiff's inability to attend in person due to his extreme financial hardship under IFP Status GRANTED.



Best regards, David Webb - Pro Se IFP Plaintiff  Telephonic Appear At Case Mgmt Conf 17 NOV 09.wps

Telephonic Appear At Case Mgmt Conf 17 NOV 09.doc

DAVID WEBB
P.O. Box 312
Clearfield, Utah 84089
(605) 209-8767, DQConsulting@aol.com

21 October 2009

The Honorable Patricia V. Trumbull
U. S. Magistrate Judge
U. S. District Court For The Northern District Of California - San Jose Division
280 South First Street
San Jose, CA 95113

RE:  <u>Phone Conversation - Calendar Clerk (Corinne Lew) - Case #08-CV-004913-PVT</u>

Good afternoon Judge Trumbull:

Per my phone conversation earlier today with your Calendar Clerk (Corinne Lew) referencing my request by phone to attend the currently, scheduled Case Management Conference by Telephonic Appearance on Tuesday 17 November 2009, at 2:00 p.m. PST.

<u>Ms. Lew phoned back stipulating that authorization would be accepted by the Court with this correspondence being sent to the Court's attention in lieu of a formal motion being drafted and submitted to the Office of the Clerk</u>.

The Court may phone Plaintiff at (605) 209-8767, on this date.

Pro Se Plaintiff Webb comes seeks this request based on Plaintiff's inability to attend in person due to his extreme financial hardship under IFP Status GRANTED.

Best regards, David Webb - Pro Se IFP Plaintiff



10/22/2009 09:14 AM

cc

bcc

dqconsulting
<dqconsulting@aol.com>
10/21/2009 09:08 PM

To

cc

Subject   AMENDED LETTER Per The Court's Authorization - 21 OCT 2009

DAVID WEBB

P.O. Box 312

Clearfield, Utah 84089

(605) 209-8767, DQConsulting@aol.com

☐

21 October 2009

AMENDED

The Honorable Patricia V. Trumbull

U. S. Magistrate Judge

U. S. District Court For The Northern District Of California - San Jose Division

280 South First Street

San Jose, CA 95113

RE: Phone Conversation - Calendar Clerk (Corinne Lew) - Case #08-CV-004913-PVT

Good afternoon Judge Trumbull:

Per my phone conversation earlier today with your Calendar Clerk (Corinne Lew) referencing my request by phone to attend the currently, scheduled Motions Hearing on Tuesday, 03 November 2009, at 10:00 a.m. PST, and the Case Management Conference on Tuesday, 17 November 2009, at 2:00 p.m. PST, each by Telephonic Appearance.

Ms. Lew phoned back stipulating that authorization would be accepted by the Court with this correspondence being sent to the Court's attention in lieu of a formal motion being drafted and submitted to the Office of the Clerk.

The Court may phone Plaintiff at (605) 209-8767, on these dates.

Pro Se Plaintiff Webb comes seeks this request based on Plaintiff's inability to attend in person due to his extreme financial hardship under IFP Status GRANTED.

Best regards, David Webb - Pro Se IFP Plaintiff  Telephonic Appear At Case Mgmt Conf 17 NOV 09.wps 


Telephonic Appear At Case Mgmt Conf 17 NOV 09.doc

DAVID WEBB
P.O. Box 312
Clearfield, Utah 84089
(605) 209-8767, DQConsulting@aol.com

21 October 2009

AMENDED

The Honorable Patricia V. Trumbull
U. S. Magistrate Judge
U. S. District Court For The Northern District Of California - San Jose Division
280 South First Street
San Jose, CA 95113

RE: <u>Phone Conversation - Calendar Clerk (Corinne Lew) - Case #08-CV-004913-PVT</u>

Good afternoon Judge Trumbull:

Per my phone conversation earlier today with your Calendar Clerk (Corinne Lew) referencing my request by phone to attend the currently, scheduled Motions Hearing on Tuesday, 03 November 2009, at 10:00 a.m. PST, and the Case Management Conference on Tuesday, 17 November 2009, at 2:00 p.m. PST, each by Telephonic Appearance.

<u>Ms. Lew phoned back stipulating that authorization would be accepted by the Court with this correspondence being sent to the Court's attention in lieu of a formal motion being drafted and submitted to the Office of the Clerk</u>.

The Court may phone Plaintiff at (605) 209-8767, on these dates.

Pro Se Plaintiff Webb comes seeks this request based on Plaintiff's inability to attend in person due to his extreme financial hardship under IFP Status GRANTED.

Best regards, David Webb - Pro Se IFP Plaintiff



10/27/2009 09:55 AM

To
cc
bcc

dqconsulting
<dqconsulting@aol.com>
10/27/2009 09:49 AM

To  ozowski@marmorlaw.com
cc

Subject  Courtesy Copy - Sanctions For Violation Of Court's Local Rules - 27 OCT 2009

Ms. Lew and Attorney Ozowski:

Please, find attached Pro Se Plaintiff's Pleading filed - - "SANCTIONS FOR VIOLATION OF COURT'S LOCAL RULES"
mailed to the Clerk's Office - U.S. District Court For The Northern District of California - San Jose Division and the San Francisco Office of Maranga Morgenstern on Tuesday 27 October 2009.

Best regards, David Webb - IFP Pro Se Plaintiff in Case #08-CV-004913-PVT

U S Dist CT Northern Sanctions LR 7-3 26 OCT 09.doc